**Charles C. ANDREWS**

v.

**FORT BARTON HOLDINGS, INC.**

**No. 84–536–M.P.**

Supreme Court of Rhode Island.
May 23, 1985.

Robert D. Parrillo, Hanson, Curran & Parks, Providence, for plaintiff.

Paul J. Pisano, Almonte, Lisa & Pisano, Providence, for defendant.

### ORDER

In light of the defendant's failure to file a bond as directed by order of the Superior Court, the plaintiff's motion to dismiss defendant's appeal is granted.

MURRAY and SHEA, JJ., did not participate.